UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-8 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>Chief U.S. District Judge |
| v. | |
| ROBERT LEE REYNOLDS, | |
| Defendant. | |

## ORDER FOR DETENTION

Defendant Reynolds appeared before the undersigned for an initial appearance and arraignment on a two-count indictment charging him with felon in possession of a firearm and possession of a stolen firearm.  Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  November 6, 2023          /s/ *Maarten Vermaat*
                                  MAARTEN VERMAAT
                                  U.S. MAGISTRATE JUDGE