UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                    Case No. 2:23-cr-8

ROBERT LEE REYNOLDS,                    Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 9, 2024, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that Defendant's plea of guilty be accepted. (R&R, ECF No. 27.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on February 23, 2024. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1.     The R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3.     The written plea agreement (ECF No. 24) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing, now scheduled for **June 5, 2024, at 3:00 PM**.

Dated: February 26, 2024  /s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE